**IT IS ORDERED as set forth below:**



**Date: September 9, 2014**

_Susan D. Barrett_
Susan D. Barrett
United States Bankruptcy Judge

---

## UNITED STATES BANKRUPTCY COURT
### Southern District of Georgia

In re: Morgan Edward Mizelle
Janet Michelle Mizelle,
FKA Janet Seigler Wombles
Debtor(s)

Case No.: 14-10784
Judge: SDB
Chapter: 13

### ORDER ON MOTION FOR RELIEF FROM STAY
(Official Local Form B-55 / Revised October 2013)

MOVANT: Cenlar FSB, as servicing agent for Nationstar Mortgage LLC

SUBJECT PROPERTY: 1865 Winks Road, Blythe, Georgia, 30805

After notice and a hearing the Motion is ordered:

☐ Granted
  ☐ The Trustee will discontinue distribution on the movant's claim and reduce movant's claim to the amount paid if no amended claim is filed within _____ days of this order.
  ☐ The Trustee shall reduce movant's claim relating to this collateral to the amount paid. Movant is granted leave to seek allowance of a deficiency claim, if appropriate.

☐ Continued to _____ at _____ ☐ am ☐ pm

☐ Continued. The Motion will not be reassigned until a minimum of seven (7) days after Movant files and serves a Request for Assignment of Continued Hearing. That request shall not be filed until discovery is complete, including, if applicable, providing a post-petition payment history to opposing counsel.

☐ Denied.

☒ Denied on the condition that.

 ☒ The Debtor shall make timely post-petition payments to Movant as required by the Chapter 13 plan.

 ☒ The Debtor shall tender payments to Movant or take other action as follows:

  Post-petition arrearage is __6603.50__ through the __9/1/14__ payment due date, plus attorney's fees of __466__ and court costs of __176__ for a total arrearage of __6579.50__.

☒ Debtor shall pay to Movant the sum of __$1600ᵃ__ on or before __9/15/2014__ which sum shall be applied to the above-referenced total arrearage.

☒ Debtor shall cure the foregoing arrearage in full by making additional monthly payments to the Movant in the sum of __553.28__ per month beginning __October 15, 2014__ and continuing on the __1st__ day of each successive month thereafter, with a final additional payment of __553.21__ being due on or before __June 15 2014__.

☐ Debtor shall recommence making regular monthly payments to Movant, as same come due under the applicable loan documents, including any insurance premiums which may come due thereunder, (subject to adjustment if provided in the contract) beginning _____, and maintain current monthly payments thereunder for the pendency of this case. All payments must include the last four digits of the account number _____ and shall be sent to the following address, depending on the type of payment:

STRICT COMPLIANCE IS ORDERED as follows:

☒ That in the event the debtor fails to comply with the terms of this order, the movant, through its attorney of record, may file an affidavit establishing the default, served upon the debtor and debtor's attorney. Upon the expiration of fourteen (14) days without the filing of a counter-affidavit by the debtor disputing the fact of default, an order will be entered lifting the automatic stay, converting the case to a Chapter 7 or dismissing the case without further motion, notice or hearing.

☒ If relief is granted under this Order, Movant and Trustee shall thereafter be relieved from complying with Fed. R. Bank, P. 3002.1 in the instant bankruptcy case prospectively from the date the relief is granted.

☒ The strict compliance provision of this Order shall expire on __9 months order being entered__

Case No.:

Page 3

☐ Other provisions:

**NOTE TO COUNSEL:** THE COURT REQUIRES ANY FORM MODIFICATIONS AND/OR NONCONFORMING TERMS TO BE PLACED IN THE "OTHER PROVISIONS" SECTION ABOVE, OR ON A SEPARATE PAGE.

**[END OF DOCUMENT]**

By our signatures below we do hereby consent to the entry of the foregoing order:

_____  _____  _____
Attorney for Movant            Attorney for Respondent/Debtor      Trustee             , Attorney
LYNN STARKS                    Joseph Spires
GABAR 676512